UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Gold Mine Jewelry Shoppes, Inc., | ) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| Lise Aagaard Copenhagen, A/S, , and Trollbeads United States, Inc., | ) No. 5:16-CV-135-BR |
| Defendants. | ) |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt on defendants' motion to dismiss and compel arbitration.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion to dismiss and compel arbitration, (DE# 17), is GRANTED. Defendants' request for costs and disbursements incurred in connection with the instant motion is DENIED. Goldmine is ordered to arbitrate its claims against defendants in accordance with the written agreement between the parties. Judgment is entered in favor of defendants and this case is closed.

**This judgment filed and entered on March 7, 2017, and served on:**

James E. Hairston , Jr. (Via CM/ECF Notice of Electronic Filing)
Donald G. Huggins , Jr. (Via CM/ECF Notice of Electronic Filing)
Michelle A. Mantine (Via CM/ECF Notice of Electronic Filing)
Jeremy M. Falcone (Via CM/ECF Notice of Electronic Filing)

March 7, 2017

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk